Opinion filed November 30, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed November 30, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00237-CR 

                                                    __________

 

                                 BOBBY
SAM HERRERA, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 39th District Court

                                                         Haskell
 County, Texas

                                                     Trial
Court Cause No. 6116

 



 

                                                                   O
P I N I O N

Bobby
Sam Herrera has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his counsel.  The motion is granted, and
the appeal is dismissed.

 

PER
CURIAM

November 30, 2006

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., 

McCall, J., and Strange, J.